**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                                          )<br>            Plaintiff,                           )<br>                                                          )<br>        v.                                            )<br>                                                          )<br>GUILLERMO PENA-BAEZ,            )<br>                                                          )<br>            Defendant.                      )<br>                                                          ) | Case No. 06-20175-01-JWL<br>                  09-2108-JWL |

**MEMORANDUM AND ORDER**

Defendant Guillermo Pena-Baez has filed a motion for a certificate of appealability (doc. 49).  A district court may issue a certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The Tenth Circuit has interpreted this standard to require a petitioner to demonstrate that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Saiz v. Ortiz*, 392 F.3d 1166, 1171 n.3 (10th Cir. 2004) (quoting *Tennard v. Dretke*, 542 U.S. 274, 282 (2004)).

In his application, Mr. Pena-Baez does not address the court's reasons for denying him relief; nor does he explain why reasonable jurists would disagree with this court's prior rulings.

Accordingly, Mr. Pena-Baez has failed to meet the standard for the issuance of

a certificate of appealability.

**IT IS THEREFORE ORDERED BY THE COURT** that defendant's motion for a certificate of appealability (doc. 49) is denied.

**IT IS SO ORDERED** this 9th day of September, 2009.

>	s/ John W. Lungstrum
>	John W. Lungstrum
>	United States District Judge